**MEMO ENDORSED**

**WhitmanBreed**

**Juliette Taylor**
500 West Putnam Avenue
Greenwich, CT 06830
Tel 203.862.2330  |  Fax 203.869.1951
jtaylor@wbamct.com

October 9, 2024

<u>**Via ECF**</u>
Hon. Victoria Reznik
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Courtroom 420
White Plains, New York 10601

*Re:    Otter Products, LLC v. 4PX Express USA Inc.*, **7:23-cv-11111 (PMH)**

Dear Magistrate Judge Reznik:

This firm and Lee Law PLLC represent plaintiff, Otter Products, LLC ("Plaintiff"); defendant, 4PX Express USA Inc. ("Defendant") is represented by Innovative Legal Services and Cohen Tauber Spievack & Wagner P.C.

We write to respectfully request an adjournment of the remote settlement conference scheduled for October 16, 2024, at 10:30 am. This is the first request for an adjournment. The Defendant consents to this request.

Lead counsel, Mr. Lee, was recently hospitalized and underwent several emergency surgeries; accordingly, Mr. Lee requires recovery time. The parties are available on November 4 or November 6, 2024 for the conference.

Thank you for your consideration.

Respectfully Submitted,

*/s/ Juliette Taylor*

Juliette Taylor

cc: Counsel of Record

> The request is GRANTED. The conference is adjourned to November 6, 2024 at 2:30 pm.
>
> SO ORDERED.
> Hon. Victoria Reznik, U.S.M.J.
> October 15, 2024

**Whitman Breed Abbott & Morgan LLC**

Greenwich, CT 500 West Putnam Avenue, Greenwich, CT 06830  |  Tel 203.869.3800  |  Fax 203.869.1951
White Plains, NY 50 Main Street, Suite 1000, White Plains, NY 10606  |  Tel 914.682.2123  |  Fax 914.682.7784