UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OTTER PRODUCTS, LLC,

               Plaintiff,

-against-

4PX EXPRESS USA INC.,

               Defendant.

**ORDER**

23-CV-11111 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

On March 14, 2025, the Clerk of Court issued a Certificate of Default as to 4PX Express USA Inc. (Doc. 64). There has been no activity on the docket since the filing of the Certificate of Default.

By May 30, 2025, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       April 30, 2025

                                                  */s/ Philip M. Halpern*
                                                  Philip M. Halpern
                                                  United States District Judge