**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OTTER PRODUCTS, LLC.

                      Plaintiff,

     -against-                                            23 **CIVIL** 11111 (PMH)

                                                                                **DEFAULT JUDGMENT**

4PX EXPRESS USA INC.,

                     Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 29, 2025, Plaintiff's motion for a default judgment is GRANTED. Specifically, the motion is granted to the extent Plaintiff is awarded: (1) statutory damages in the amount of $875,000; and (2) a permanent injunction barring Defendant from any further infringement of Plaintiff's marks, as set forth herein; accordingly, the case is closed.

**Dated:**  New York, New York
        July 29, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                                    **BY:**     *K. Mango*

                                                                     **Deputy Clerk**